B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

Southern _____ District Of California _____

In re Erik Lamont Fentress and Olivia Marie Fentress, Case No. 16-04567-LT13

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| US Bank Trust N.A., as trustee of SCIG Series III Trust | Bayview Loan Servicing LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

c/o BSI Financial Services
1425 Greenway Drive, Ste 400
Irving, TX 75038

Phone: 972-347-4350
Last Four Digits of Acct #: 4656

Court Claim # (if known): 4-1
Amount of Claim: 142,230.65
Date Claim Filed: 11/30/16

Phone: _____
Last Four Digits of Acct. #: 4656

Name and Address where transferee payments should be sent (if different from above):

c/o BSI Financial Services
PO Box 679002
Dallas, TX 75267-9002

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Michelle R. Ghidotti-Gonsalves      Date: January 24, 2018
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



# TRANSFER OF SERVICE NOTICE

August 25, 2014

Olivia Fentress
Erick Fentress
4274 Manzanita Dr
San Diego, CA  92105-4539

**Loan Number:** REDACTION
**Property Address:** 4274 Manzanita Dr
San Diego, CA 92105

NOTE: If you were paying your previous loan servicer via Automatic Clearing House (ACH) and want to participate in Bayview's automatic debit program, you will need to complete, sign and return our Electronic Funds Transfer Authorization to establish the ACH. To print a form, go to **bayviewloanservicing.com** and click on Payment Options.

Dear Customer:

Bayview Loan Servicing, LLC would like to take this opportunity to say "welcome". Your loan was being serviced by Bank of America N.A. and was transferred to us. On August 16, 2014 Bayview became your new loan servicer. The transfer of servicing of mortgage loans is a common practice. It is our goal to make this transfer as seamless as possible for you. This transfer of servicing does not affect the terms or conditions of your loan documents, other than the terms directly related to the servicing of your loan. Bank of America N.A. will provide us with a copy of your loan records.

Below you will find a summary of the changes that will occur.

**A few items of importance regarding this transfer:**

- Your prior servicer, Bank of America N.A. will stop accepting mortgage payments after August 15, 2014.

- **Bayview Loan Servicing, LLC will start accepting mortgage payments on August 16, 2014. As of that date, all payments and correspondence should be addressed to Bayview Loan Servicing, LLC.**

- If you have already mailed your payment to Bank of America N.A. and they receive it after the transfer date, it will be forwarded to Bayview Loan Servicing, LLC for processing.

- If you have your loan payment automatically debited from a bank account, you need to contact Bayview Loan Servicing, Customer Service to determine if this service is still available.

- This transfer does not affect the status of any pending Bankruptcy, or Foreclosure proceedings.

**Contact Information**

Should you have questions, here are the applicable mailing addresses, toll-free numbers, and hours of operation.

**Contact your prior servicer, Bank of America N.A., on or before August 15, 2014:**

**Send Correspondence To:**
Bank of America N.A.
450 American Street
Simi Valley, CA 93065-6285

**Customer Service:**
Toll-free Numbers & Hours
1-800-669-6607
Monday – Friday, 7:00am – 7:00pm, Local Time